MAGNOLIA METAL COMPANY, Respondent, *v.* STERLINGWORTH RAILWAY SUPPLY COMPANY et al., Appellants.

*Magnolia Metal Co.* v. *Sterlingworth Ry. S. Co.*, 33 App. Div. 633, appeal dismissed.

(Submitted February 26, 1900; decided March 6, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon an order made at the August term, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made on the grounds that the judgment of the Appellate Division was unanimous, and that the said Appellate Division has not allowed this appeal nor certified that questions of law have arisen which ought to be reviewed by the Court of Appeals.

*Nichols & Bacon* for motion.

*Alex. Thain* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs.